AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
JAN 23 2020
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joseph Adrian Garza | ) | Case No. M:20-0179-M |
| 1) Joseph Garza YOB:1983 CITIZENSHIP: USA | ) | |
| 2) Efrain Guerra YOB:1980 CITIZENSHIP:USA | ) | |
| Efrain Guerra, III | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 22, 2020 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | did knowingly and intentionally import with the intent to distribute approximately 35 kilograms of methamphetamine, a Schedule II controlled substance |
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 35 kilograms of methamphetamine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Brian Bagnoli, U.S. H.S.I. Special Agent
*Printed name and title*

Approved
Angel Castro, AUSA
1/23/20

Sworn to before me and signed in my presence.

Date: 1/23/20

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

Attachment "A"

On January 22, 2020, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO) at the Hidalgo, Texas Port of Entry (POE), in reference to the seizure of approximately 35 kg of methamphetamine, which were found in two compartments of a vehicle making entry into the United States from Mexico. The driver of the vehicle was identified as Joseph Adrian GARZA and the passenger of the vehicle was identified as Efrain GUERRA.

CBP Officer M. Hernandez stated the vehicle, driven by GARZA, arrived at the primary inspection lane at approximately 1308 hours. CBP Officer Hernandez advised GARZA stated the vehicle belonged to his friend's grandfather and they were returning from getting tacos in Mexico. CBP Officer Hernandez referred the vehicle to the secondary inspection lanes. Once at secondary inspection, narcotics were located in a compartment behind the back-seat cargo area in the vehicle containing a substance that field tested positive for characteristics of methamphetamine. Additionally, narcotics were located in a compartment underneath the center console in the vehicle containing a substance that field tested positive for characteristics of methamphetamine.

HSI McAllen Special Agents responded to assist in the investigation. During a post Miranda interview of GARZA, GARZA made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

GARZA stated he and GUERRA arrived in Reynosa, Mexico on January 22, 2020. GARZA stated he and GUERRA went to an address in Reynosa, Mexico where they retrieved a Blue Mazda CX7 to drive to Houston, TX. GARZA stated he had an idea that something illegal was in the vehicle. GARZA stated he was being paid $1000 to cross the vehicle into the United States and take it to Houston, TX. GARZA stated that prior to traveling to Mexico, he and GUERRA were both present when a co-conspirator stated that this was not just picking up a car.

During a post Miranda interview of GUERRA, GUERRA made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

GUERRA stated he and GARZA arrived in Reynosa, Mexico on January 22, 2020. GUERRA stated he went to an address in Reynosa, Mexico where they retrieved a Blue Mazda CX7 to drive to Houston, TX. GUERRA stated he was to be paid $7000 to cross the vehicle into the United States and take it to Houston, TX. GUERRA stated he was to keep $5000 and give GARZA $2000.